(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**

U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUN -8 AM 8: 52

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.

Michelle A. Edwards

Crim. No. 4:16CR00207-1

On August 9, 2016, the above-named was placed on probation for a period of twelve months. Her term of probation was extended by twelve months on May 24, 2017, to allow her to fulfill her payment obligations. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Michelle A. Edwards be discharged from probation.

Respectfully submitted,

_____
Thomas Hutchinson
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this  1st  day of  May , 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

U.S. DISTRICT COURT
SAVANNAH DIV.
JUN -8 AM 8: 52
SO. DIST. OF GA.